

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 16 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0799       DATE: 10/12/2015
COA #: 12-14-00016-CV   TC#: 3-41887
STYLE: JUAN ENRIQUEZ
   v. RICK THALER, BRAD LIVINGSTON, OLIVER BELL, TODD
   FOXWORTH, JOHN RUPERT, AND REYNALDO CASTRO

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702